JUSTIN L. WARD, ESQ. (SBN 225363)
THE WARD FIRM
2121 Natomas Crossing Drive, Suite 200-389
Sacramento, CA 95834
Telephone: (916) 443-2474
Fax: (916) 209-8628
Justin@jlwardfirm.com

Attorney for Plaintiff CRAIG WILLIAMS

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the Defendants
CITY OF SACRAMENTO, and
COREY JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, COREY JOHNSON and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-00780-WBS-AC<br><br>**STIPULATION TO DISMISS (FRCP 41)**<br><br>Trial Date: November 17, 2020<br>Time: 9:00 a.m.<br>Courtroom: 5<br>Location: 501 I Street<br>Sacramento, CA 95814<br>Judge: Hon. William B. Shubb |

It is hereby stipulated between Plaintiff CRAIG WILILAMS and Defendants CITY OF SACRAMENTO, COREY JOHNSON, and DOES 1-10, by and through their respective counsels of record, that the above captioned action, CRAIG WILLIAMS. v. CITY OF SACRAMENTO, COREY JOHNSON, and DOES 1-10, 2:19-CV-00780-WBS-AC is dismissed with prejudice. It is

further stipulated that each side is to bear their own costs and attorney's fees.

DATED: August 21, 2020					THE WARD FIRM


							By:	/s/ Justin L. Ward
								**JUSTIN L. WARD**

								Attorney for Plaintiff
								JESSIE CODY TOM


DATED: August 21, 2020					SUSANA ALCALA WOOD
							City Attorney


							By:	/s/ Sean D. Richmond
								**SEAN D. RICHMOND**
								Senior Deputy City Attorney

								Attorneys for the Defendants
								CITY OF SACRAMENTO